IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CR-37-D

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) **ORDER** |
| TRAVEN TERRELL RIDDICK, | ) |
| Defendant. | ) |

On October 8, 2021, Traven Terrell Riddick ("Riddick" or "defendant") was released from the Bureau of Prisons. See Find an Inmate, Federal Bureau of Prisons, https://www.bop.gov/inmateloc/ (search name field for "Traven Terrell Riddick") (last visited December 21, 2021). In light of defendant's release, defendant's motion for compassionate release [D.E. 39] is DISMISSED AS MOOT.

SO ORDERED. This 21 day of December, 2021.

JAMES C. DEVER III
United States District Judge